# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BRUCE JONES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV407-170 |
| FRED BURNETTE, Warden, | ) ) ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Bruce Jones has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Doc. 1. Petitioner, however, has combined several state court judgments into a single petition. Id. at 3. "A petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court." Rule 2(e) of the Rules Governing § 2254 Cases. As the petition is defective, it should be **DISMISSED**. The Clerk is **DIRECTED** to notify the petitioner of this recommendation pursuant to Rule 4 of the Rules Governing § 2254 Cases.

**SO REPORTED AND RECOMMENDED** this ___15Th___ day of November 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA