IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **BRUCE TIMOTHY JONES** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 407-170 |
| | ) |
| **FRED BURNETTE** | ) |

## ORDER

By an Order dated February 19, 2008, the Court vacated its dismissal of this matter to allow the movant an opportunity to object to the Report and Recommendation of the Magistrate Judge. The objections were not received in a timely fashion, however, the Court will consider them nonetheless.

Once again, this Court has conducted a de novo review of the record in this matter and adopts the Report and Recommendation, to which objections have been filed, as the opinion of this Court. The petition of Bruce Timothy Jones is dismissed. The Clerk is directed to close this case.

**SO ORDERED** this 9th day of May, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia